# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DANIAL L. CARTER, et al.,**  ) | |
| ) | |
| **Plaintiffs,**  ) | |
| ) | |
| v.  ) | 8:08CV27 |
| ) | |
| **CARGILL INC., a Delaware**  ) | ORDER |
| **Corporation**  ) | |
| ) | |
| **Defendant.**  ) | |
| ) | |

This matter is before the court on the Notice of Withdrawal [17] filed by Attorney Dayle L. Wallien. The court construes the notice as a motion for leave to withdraw as plaintiffs' counsel. *See* NEGenR 1.3(f). The record shows that other counsel continue to represent the plaintiffs.

**IT THEREFORE IS ORDERED** that the Notice of Withdrawal [17], construed as a motion for leave to withdraw, is granted. The withdrawal shall be effective upon counsel serving the Notice of Withdrawal on the clients in accordance with NEGenR 1.3(f).

**DATED May 7, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**