# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL L. CARTER and JONI L. CARTER, husband and wife, ) ) ) Plaintiff, ) ) vs. ) ) CARGILL, INC., a Delaware Corporation, ) ) Defendant. ) | 8:08CV27 ORDER |

    This matter is before the court on the parties' unopposed motions for leave to file amended pleadings and a third-party complaint. Upon review of the proposed pleadings, and pursuant to Rules 14 and 15 of the Federal Rules of Civil Procedure,

    **IT IS ORDERED:**

    1. Plaintiff's Motion for Leave to Amend Plaintiff's Complaint [22] is granted. Plaintiff shall file and serve the Amended Complaint by **June 30, 2008.**

    2. Defendant's Motion for Leave to File Third-Party Complaint and Amended Answer [23] is granted. Defendant shall file and serve its Amended Answer and the Third-Party Complaint by **June 30, 2008.**

    **DATED June 12, 2008.**

                                                   BY THE COURT:

                                                   s/ F.A. Gossett
                                                   **United States Magistrate Judge**