## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DANIAL L. CARTER, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **8:08CV27** |
| vs. | ) | |
| | ) | **SCHEDULING ORDER** |
| **CARGILL, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

A telephonic planning conference was held on October 20, 2008. Plaintiffs were represented by Beverly B. Louthan, Jennifer L. Turco and Robert G. Pahlke. Defendants were represented by Brian C. Buescher and Thomas A. Grennan. As discussed during the telephone conference,

**IT IS ORDERED:**

1. The parties are given until and including October 24, 2008 to file discovery motions regarding outstanding discovery requests.

2. A planning conference will be scheduled after the court rules on the parties' discovery motions.

DATED October 20, 2008.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**