IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DANIAL L. CARTER and JONI L. CARTER, husband and wife,** | ) ) ) | **CASE NO. 8:08CV27** |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| **CARGILL, INCORPORATED, a Delaware Corporation,** | ) ) ) ) | **ORDER** |
| Defendant/ Counter-Claimant, | ) ) ) ) | |
| v. | ) ) ) | |
| **MIKE PRUITT TRUCKING, and BREINIG FARMS, INC.,** | ) ) ) ) | |
| Defendants/ Counter-Defendants | ) ) | |

This matter is before the Court on the parties' Stipulation and Joint Motion for Extension of Time (Filing No. 82). The parties seek to extend Defendant Cargill, Incorporated's deadline for responding to the Defendants Mike Pruitt Trucking and Breinig Farms, Inc.'s Motion for Judgment on the Pleadings (Filing No. 77) from March 2, 2009, until March 12, 2009. For good cause shown, the request will be granted. Accordingly,

IT IS ORDERED:

1. The Stipulation and Joint Motion for Extension of Time (Filing No. 82) is approved, and the relief requested therein is granted; and

2. Defendant Cargill, Incorporated shall respond to Defendants Mike Pruitt Trucking and Breinig Farms, Inc.'s Motion for Judgment on the Pleadings (Filing No. 77) by filing its brief on or before March 12, 2009.

DATED this 2nd day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge