IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DANIAL L. CARTER** and **JONI L. CARTER**, husband and wife,<br><br>       Plaintiffs,<br><br>vs.<br><br>**CARGILL, INC.,** a Delaware Corporation,<br><br>       Defendant/Cross-Claimant, etc.,<br><br>vs.<br><br>**MIKE PRUITT TRUCKING** and **BREINIG FARMS, INC.,**<br><br>       Defendants/Cross-Defendants, etc. | Case No. 8:08cv27<br><br>**ORDER** |

This matter is before the Court on Plaintiffs' Unopposed Motion to Continue (Filing No. 128). For good cause shown, the Court finds that said motion should be granted.

IT IS ORDERED THAT deadlines for disclosure of experts are continued as follows:

1. Plaintiff/Counter-Claimant/Cross-Claimant disclosure from October 1, 2010 to October 8, 2010;

2. Defendants/Counter-Defendant/Cross-Defendant disclosure from November 1, 2010 to November 8, 2010; and

3. Rebuttal disclosure from November 15, 2010 to November 22, 2010.

DATED September 29, 2010.

                        BY THE COURT:

                        s/ F.A. Gossett, III
                        United States Magistrate Judge