IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DANIAL L. CARTER** and **JONI L. CARTER**, husband and wife,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>**CARGILL, INC.,** a Delaware Corporation,<br><br>　　　　Defendant/Cross-Claimant, etc.,<br><br>vs.<br><br>**MIKE PRUITT TRUCKING** and **BREINIG FARMS, INC.,**<br><br>　　　　Defendants/Cross-Defendants, etc. | Case No. 8:08cv27<br><br>**ORDER** |

　　　　This matter is before the Court on Plaintiffs' Stipulated Motion to Continue (Filing No. 132). For good cause shown, the Court finds that said motion should be granted.

　　　　IT IS ORDERED THAT deadlines for disclosure of experts are continued as follows:

　　　　1.　　Plaintiffs' deadline to disclose reports from Mr. Carter's treating doctors, Dr. Fitzgibbons and Dr. Huebner, from October 8, 2010 to October 22, 2010;

　　　　2.　　Defendant Cargill's expert disclosure deadline from November 8, 2010 to November 22, 2010; and,

　　　　3.　　Plaintiffs' rebuttal disclosure deadline from November 22, 2010 to November 29, 2010.

Date: October 8, 2010

s/ F.A. Gossett, III
F.A. Gossett
United States Magistrate Judge