## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIAL L. CARTER and JONI L. CARTER, husband and wife, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | |
| CARGILL, INCORPORATED, a Delaware Corporation, ) ) ) ) | 8:08CV27 |
| Defendant and ) | |
| Counter-Claimant, ) ) | ORDER |
| vs. ) ) | |
| MIKE PRUITT TRUCKING, and BREINIG FARMS, INC., ) ) ) | |
| Defendants and Counter-Defendants. ) ) | |

Upon the parties' Joint Notice of Settlement (Doc. 160),

**IT IS ORDERED:**

1. On or before January 15, 2011, the parties shall file a joint stipulation for dismissal or other dispositive stipulation, and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a proposed order which will fully dispose of the case.

2. Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

3. The final pretrial conference now set for March 17, 2011 and jury trial now set for April 12, 2011 are cancelled, and all other case progression deadlines are hereby terminated upon the representation that this case is settled. Cargill's Motion to set Deposition Designation Deadlines (Doc. 157) is denied, without prejudice, as moot.

**DATED December 17, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**